# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JESUS CAMACHO-LAGUNA, <br><br> Defendant. | Case No. 2:04-mj-292 <br><br> <u>ORDER FOR DISMISSAL AND QUASHING WARRANT</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint number 2:04-mj-292 on Jesus Camacho-Laguna and quashes the arrest warrant.

DATED this <u>28th</u> day of February, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Rebecca Clinton

REBECCA CLINTON
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.
DATED this 25th day of September, 2019.

___FILED   ___RECEIVED
___ENTERED   ___SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 25 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

_____
UNITED STATES MAGISTRATE JUDGE

1       CAM FERENBACH
U.S. MAGISTRATE JUDGE